1 │ CAMILO ECHAVARRIA (SBN 192481)
      camiloechavarria@dwt.com
2 │ FRANCISCO OCHOA (SBN 222742)
      kikoochoa@dwt.com
3 │ DAVIS WRIGHT TREMAINE LLP
    865 S. Figueroa Street, Suite 2400
4 │ Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
5 │ Facsimile: (213) 633-6899

6 │ Attorneys for Defendant
    BANK OF AMERICA, N.A.[1]

E-FILED 03/14/12

JS-6

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 │ LAQUISHA ANDERSON,                )  Case No. **CV11-06293-PSG (CWx)**
     individually, and on behalf of other )
12 │ members of the general public similarly )  **STIPULATION OF DISMISSAL** ;
     situated,                          )
13 │                                    )  Action Filed:  September 6, 2011
                                        )
14 │              Plaintiff,            )   ORDER
                                        )
15 │        v.                          )
                                        )
16 │ BANK OF AMERICA, and DOES          )
     1-25,                              )
17 │                                    )
                                        )
18 │              Defendants.           )
                                        )

19

20

21

22

23

24

25

26

27  ─────────────────

28 │     [1] Bank of America, N.A. is improperly named in this action as "Bank of
       America."

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party will bear its own attorneys' fees and costs.


DATED:  March 14, 2012          GOULD AND ASSOCIATES APLC
                                MICHAEL A. GOULD
                                AARIN A. ZEIF


                                By:_____ /s/ *Aarin A. Zeif*_____
                                        Aarin A. Zeif
                                Attorneys for Plaintiff
                                LAQUISHA ANDERSON


DATED:  March 14, 2012          DAVIS WRIGHT TREMAINE LLP
                                CAMILO ECHAVARRIA
                                FRANCISCO OCHOA


                                By:_____ /s/ *Francisco Ochoa*_____
                                        Francisco Ochoa
                                Attorneys for Defendant
                                BANK OF AMERICA , N.A., incorrectly
                                named as Bank of America


                                Dated: 03/15/12

                                **IT IS SO ORDERED.**

                                _____
                                **U.S. DISTRICT JUDGE**

STIPULATION OF DISMISSAL                    1
DWT 19206456v1 4900000-001344

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY ECF

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On March 14, 2012, the following documents described as: **STIPULATION OF DISMISSAL** and the **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** were served by the Court's electronic noticing system at the time of filing on the following parties at the email addresses listed below:

| Party Served | On behalf of | Email Address |
|---|---|---|
| Michael A. Gould | Plaintiff | Michael@wageandhourlaw.com |
| Richard A. Jones | Plaintiff | laurie@ricjoneslegal.com |
| Aaron A. Zeif | Plaintiff | aarin@wageandhourlaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2012, at Los Angeles, California.



_____
Holly Wells